**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

**CIVIL ACTION NO. 06-202-JBC**

**JUDY RICE,**                                                                              **PLAINTIFF,**

**V.**                                                    **ORDER**

**JO ANNE B. BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,**                              **DEFENDANT.**

**\* \* \* \* \* \* \* \* \* \* \***

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd (DE 14).  The parties have not filed objections to the Magistrate Judge's recommendation.  When parties to an action do not object to the Magistrate Judge's report, the district court judge may give deference to the Report and Recommendation.  *Thomas v. Arn*, 474 U.S. 140 (1985).  After reviewing the record, the court concurs with the result recommended by the Magistrate Judge.  Accordingly**,**

**IT IS ORDERED** that the Magistrate Judge's Proposed Findings of Fact and Recommendation (DE 14) is **AFFIRMED** and is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (DE 12) is **DENIED**.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment (DE 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to sentence four of 42 U.S.C. § 405(g), this matter is **REMANDED** to the Commissioner for the purposes of conducting another ALJ hearing.  This hearing is to be administered by a different ALJ than the one who conducted her previous hearing.

_____

_____   Signed on March 30, 2007

2

*Jennifer B. Coffman*

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY